**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ABCMN LLC, as assignee

        *Plaintiff*,

v.

BETZALEL CHOPP, a/k/a STEVE CHOPP, a/k/a TZOLI CHOPP,

        *Defendant*.

Case No. 1:25-cv-07081 (VSB) (KHP)

---

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, dated November 17, 2025, and the declaration and exhibits attached thereto, Defendant Betzalel Chopp respectfully moves this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order dismissing with prejudice Plaintiff's Complaint (Dkt. No. 1) pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

Date: November 17, 2025

Respectfully submitted,

*/s/ Shaya Rochester*
Shaya Rochester
Gabriel Hertzberg
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
Tel: (212) 940-8529
shaya.rochester@katten.com
gabe.hertzberg@katten.com

Andrew J. Pecoraro (*pro hac vice* pending)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave, NW – Suite 800
Washington, D.C. 20006
Tel: (202) 625-3500
andrew.pecoraro@katten.com

*Counsel for Defendant Betzalel Chopp*