USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/30/2025

**MEMO ENDORSED**

# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**GABRIEL HERTZBERG**
gabe.hertzberg@katten.com
+1.212.940.8556 direct
+1.212.940.8776 fax

*VIA ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Novemeber 26, 2025

**Re:     ABCMN LLC, v. Chopp, Case No. 25-CV-7081(VSB)(KHP)**

Dear Judge Parker:

This Firm represents defendant Betzalel Chopp. We are advised that Mr. Chopp will be out of the country on January 7, 2026, which was the date set by the Court for a Settlement Conference (ECF No. 25).

We therefore respectfully request that the Settlement Conference be reset for a later date convenient for the Court. The Parties have conferred and are available January 27, 28, or 29.

The parties are prepared to meet the other deadlines in the Court's Preliminary Conference Order as stated therein (ECF No. 25).

Respectfully,

*/s/ Gabriel Hertzberg*

Gabriel Hertzberg

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES     NEW YORK
ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

**APPLICATION GRANTED:**  The  settlement conference in this matter scheduled for Wednesday, January 7, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, January 28, 2026, at 10:00 a.m.</u> Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>January 21, 2026, by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

11/30/2025