# ANDERSON KILL P.C.

**7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com**

Keith A. Lazere, Esq.
klazere@andersonkill.com
212.278.1049

**_VIA ECF_**  February 20, 2026

The Honorable Katharine H. Parker
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    ***ABCMN, LLC v. Chopp***, **No. 1:25-cv-07081-VSB-KHP**

Dear Magistrate Judge Parker:

    We represent Plaintiff ABCMN LLC. Pursuant to the Court's January 28, 2026, Scheduling Order (ECF No. 34), we write to advise the Court that Plaintiff does not contemplate any amendment to the pleadings. Thank you for your time and consideration of this matter.

    Respectfully submitted,

    */s/ Keith A. Lazere*

    Keith A. Lazere

cc: All counsel of record (by ECF)