```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/28/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ABCMN LLC,

                                    Plaintiff,                                         **25-CV-7081 (VSB) (KHP)**

                    -against-                                                          **ORDER**

BETZALEL CHOPP,

                                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

         The Court is in receipt of the Plaintiff's recent filing regarding the bankruptcy petitions

filed by each of the assignor-law firms.  (ECF No. 38)  It is undisputed that Plaintiff's claims

against Defendant in this case are thus subject to the automatic stay pursuant to 11 U.S.C. §

362.  The parties are directed to provide the Court with letter updates every 30 days beginning

on May 28, 2026 regarding the status of the bankruptcy proceedings.  All currently-scheduled

discovery deadlines in this matter are hereby adjourned sine die.

         **SO ORDERED.**

DATED:         New York, New York
               April 28, 2026

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge