USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ABCMN LLC,

                        Plaintiff,

            -against-

BETZALEL CHOPP,

                       Defendant.

-------------------------------------------------------------------X

**25-CV-7081 (VSB) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the automatic Bankruptcy stay in this action, the Case Management Conference currently scheduled for **May 12, 2026** is hereby adjourned *sine die*.  The parties shall file a letter every 60 days informing the Court of the status of Bankruptcy proceeding.

       **SO ORDERED.**

DATED:      New York, New York
              May 11, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge