USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
ABCMN LLC,

Plaintiff,

-against-

BETZALEL CHOPP,

Defendant.

---------------------------------------------------------------X

**25-CV-7081 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 27, 2026 Plaintiff ABCMN LLC filed a letter updating the Court regarding the bankruptcy proceeding currently pending in connection with this action. The Court thanks Plaintiff for the update and directs the parties to file an additional status update by **September 28, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge