Katten

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**GABRIEL HERTZBERG**
gabe.hertzberg@katten.com
+1.212.940.8556 direct
+1.212.940.8776 fax

***VIA ECF***

September 15, 2026

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *ABCMN LLC v. Chopp,* Case No. 25-CV-7081(VSB)(KHP)**

Dear Judges Broderick and Parker:

We write on behalf of defendant Betzalel Chopp in response to plaintiff's letter dated September 14, 2026 (Dkt. No. 46), which requests oral argument on defendant's motion to dismiss (Dkt. No. 19).

Plaintiff did not consult defendant prior to filing its letter-request, so we write to communicate defendant's position. Defendant does not oppose oral argument, particularly if it would expedite resolution of the motion and preserve party and judicial resources before the parties re-engage in discovery that has been stayed since April 2026 as a result of the assignor's Chapter 11 filing, which has now been dismissed.

We note, however, that plaintiff has not followed the Court's Individual Rule 4(I), which provides: "Parties seeking oral argument on a motion may request oral argument as part of moving papers for the substantive motion *at the time their moving or opposing or reply papers are filed* and *should not move separately for oral argument*." (Emphasis supplied). Plaintiff did not request oral argument when it filed its opposition to the motion (Dkt. No. 30). Nor did it request oral argument in the five months during which the motion was *sub judice* prior to the stay imposed by assignor's bankruptcy filing. (Dkt. No. 39). Nor, as noted, did plaintiff consult defendant prior to filing its letter yesterday.

Insofar as the Court is inclined to schedule oral argument, we respectfully note our unavailability on September 21 and 25, and October 2, 8, and 9, 2026.

Respectfully submitted,

Gabriel Hertzberg